UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

JUL - 2 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MATTHEW INMAN,
PLAINTIFF

CIV 12-490    TUCRCC

CASE NO._____

V.

CHARLES HERNAN CARREON;
TARA LYN CARREON,
DEFENDANT'S

UNDER 42 USC 1983
CIVIL RIGHTS VIOLATIONS

COMES NOW, The plantiff, moves this honorable court to issue an order for the defendants named in this suit to respond, this suit is brought under 42 usc 1983, along with civil rights violations the defendants committed. Plaintiff seeks 5 million dollars in punitive damages from the defendants.

JURISDICTION

This honorable court has jurisdiction under 28 usc 1331 , as the alleged assault and civil rights violations occured in Tucson Arizona at the Denny's located at 555 North Freeway Tucson Arizona

FACTS

Plaintiff recieved a telephone call on 6/28/2012 from defendant Charles Carreon, who asked me to fly down to meet him in Tucson Arizona to discuss settling a lawsuit that the defendant filed against me in Federal court in California, and he told me to meet him at the Denny's for breakfast on 6/29/2012 at 8am, so I went to Tucson, and the defendant was waiting in the Denny's booth for me, and The defendant demanded $ 1.1 million dollars in cash from me to be deposited in weekly installments of $9,999.99 to his offshore swiss bank account, to stay under the $ 10,000 dollars to avoid reporting it for tax purposes, and if i did that he will drop the lawsuit against me. Charles Carreon had his wife Tara lyn Carreon with him and she also told me that i must pay $ 50,000 dollars for her breast enlargements, her tummy tuck, and a years supply of anti aging cream. I told both defendants " no way" " this is

complete blackmail" and I told Carreon that I'm reporting him to the Bar association for attorney ethic violations, and to the local police, and Charles Carreon went biserk and irate on me and took my bowl of oatmeal and threw it in my face, Tara lyn Carreon was originally using her feet under the table and secretly massaging my groin with her toes while mr. Carreon was trying to black mail me, so after oatmeal splattered my face, then Tara Carreon kicked me in the groin under the table, everything swelled. Mr. Carreon also poured hot mrs. butter-worth maple syrup on my head to humiliate me, the defendants then got up , and Carreons left with a stern warning that they will see me in court, Mr. Carreon told me to enjoy my oat meal. I've suffered emotional distress since and the oatmeal casused stains to my men's wear house suit , and i seek damages including travel expenses to Tucson, Cleaning bills from Oatmeal stains, and medical treatment for hurt groin. I respectfully pray this honorable court will grant my motion for relief.

Respectfully, *[signature]* 6-30-12

Matthew Inman
514 19th St
Washington , D.C 20052