UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
         FILED        LODGED
         RECEIVED     COPY

           JUL - 9 2012

      CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
    BY                    DEPUTY
```

MATTHEW INMAN,
PLAINTIFF

CASE NO. 4:12-cv-00490- RCC

v.
CHARLES CARREON , ET AL,
DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff respectfully moves to dismiss this lawsuit. The clerk of court should of never filed this lawsuit in the first place as numerous federal local court rules were violated in this case. This case was a tester from a group of law students showing how easy it is to get any thing filed. As Jayz famously rapped " on to the next one".

Respectfully Submitted,   _[signature]_ 7-4-12

Matthew Inman
514 19th St
Washington, DC 20052