

12-CV-490

Doc#2

